THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOUIS BROWN and MORRIS TAUB, Respondents.

*People* v. *Brown,* 140 App. Div. 591, appeal dismissed.
(Argued May 29, 1911; decided June 6, 1911.)

MOTION by respondent Taub to dismiss an appeal from an order of the Appellate Division of the Supreme Court

in the first judicial department, entered November 18, 1910, which reversed a judgment of the Court of General Sessions of the Peace of the county of New York rendered upon a verdict convicting the defendants of the crime of forgery in the third degree and directed their discharge from custody.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Gustavus A. Rogers* for motion.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), opposed.

Motion granted and appeal dismissed as to respondent Taub.